1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8937
      Facsimile: (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF CALIFORNIA
10
                   FRESNO DIVISION
11

12 DONALD L. WINTON,              )
                                  )    CIVIL NO. 1:10-cv-00468 SMS
13       Plaintiff,               )
                                  )
14       v.                       )    STIPULATION AND ORDER FOR
                                  )    EXTENSION OF TIME
15 MICHAEL J. ASTRUE,             )
   Commissioner of               )
16 Social Security,               )
                                  )
17       Defendant.               )
   _____)

18       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

19 attached Order, that Defendant shall have a FIRST extension of time of 29 days, up to and including

20 December 30, 2010, to respond to Plaintiff's motion for summary judgment.  This request is due to a

21 heavy and unextendable work load and unexpected absence due to illness.  Between the time Plaintiff

22 filed his brief on October 28, 2010, and into the second week of December, 2010, the undersigned

23 counsel for the Commissioner had or has to review 6 appellate briefs for her colleagues in addition to

24 drafting and filing her own briefs in 7 district court cases.  Counsel has also had to prepare for and

25 participate in a hearing on an attorney fee case.  She has also missed work during this time due to illness.

26 Counsel respectfully requests an additional 29 days in which to respond to Plaintiff's Opening Brief.

27 ///

28 ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 30, 2010

*/s/Lawrence D. Rohlfing*
(As authorized via email)
LAWRENCE D. ROHLFING
Attorney for Plaintiff

Dated: November 30, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated:   December 1, 2010                      /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE