1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney
        333 Market Street, Suite 1500
5       San Francisco, California 94105
        Telephone:  (415) 977-8937
6       Facsimile:  (415) 744-0134
        E-Mail: Elizabeth.Firer@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10                          FRESNO DIVISION

11 DONALD L. WINTON,               )
                                   )        CIVIL NO. 1:10-cv-00468 SMS
12         Plaintiff,              )
                                   )
13         v.                      )        STIPULATION AND ORDER FOR
                                   )        EXTENSION OF TIME TO RESPOND TO
14 MICHAEL J. ASTRUE,              )        PLAINTIFF'S OPENING BRIEF
   Commissioner of                 )
15 Social Security,                )
                                   )
16         Defendant.              )
                                   )
17 _____)

18        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

19 attached Order, that Defendant shall have a SECOND extension of time of 14 days, up to and including

20 January 13, 2010, to respond to Plaintiff's Opening Brief.  This request is due to an unexpected increase

21 in work in the undersigned counsel for the Commissioner's work load.  Counsel had to participate in a

22 possible appeal recommendation from December 22 and December 30, 2010 – a process which has

23 unextendable deadlines and requires coordination with the Commissioner's headquarters where people

24 have been intermittently available due to the holidays.  During the first week of January, Counsel has 4

25 district court briefs due and must complete an appellate brief.  Counsel respectfully requests an

   additional 14 days in which to complete the Commissioner's response to Plaintiff's Opening Brief.
26 ///
27 ///
28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 30, 2010

*/s/Lawrence D. Rohlfing*
(As authorized via email)
LAWRENCE D. ROHLFING
Attorney for Plaintiff

Dated: December 30, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  12/30/2010                           /s/ SANDRA M. SNYDER
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE